| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dever, James C. | 2. Court or Organization<br><br>U.S. District Court, EDNC | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>310 New Bern Ave.<br>Raleigh, NC 27601 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Law Professor | Campbell University, N.A. Wiggins School of Law |
| 2. Director | North Wake County Baseball Association |
| 3. Senior Lecturing Fellow | Duke University School of Law |
| 4. | |
| 5. | |

2009 MAY 12 P 3: 30
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Agreement to teach as an adjunct law professor at Campbell University |
| 2. 2008 | Maupin Taylor, P.A. Profit Sharing Plan (Maupin Taylor P.A. is my former law firm.) |
| 3. 2008 | Agreement to teach as a senior lecturing fellow at Duke University |

Dever_James_C

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Campbell University (wages) | $6760.00 |
| 2. 2008 | Duke University (wages) | $5,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Teacher, Our Lady of Lourdes Catholic School, Raleigh, North Carolina (wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Maupin Taylor, P.A. Profit Sharing Plan | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. - AFIBX Fundamental Invs. Inc. - B | | None | | | Sold | 6/08 | L | E | |
| 4. | | | | | | | | | |
| 5. - IHCAX Hartford Cap Apprec Fund - B | | None | | | Sold | 6/08 | L | D | |
| 6. - NYVBX Davis NY Venture - B | | None | | | Sold | 6/08 | K | D | |
| 7. - OGLBX Oppenheimer GLBL FD - B | | None | | | Sold | 6/08 | K | C | |
| 8. - PVTBX Putnam Vista FD - B | | None | | | Sold | 6/08 | J | B | |
| 9. - TEDBX Mutual Sec FD Discover - B | A | Dividend | | | Sold | 6/08 | J | C | |
| 10. - MBAGX MFS Aggressive GR Allo - B | A | Dividend | | | Sold | 6/08 | K | D | |
| 11. -Capital Income Bldr Fd CIBBX | | None | | | Sold | 6/08 | K | | |
| 12. -Mutual Series FD Inc Discovery FD TEDB X | | None | | | Sold | 6/08 | K | C | |
| 13. | | | | | | | | | |
| 14. Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 15. - Index 500 Stock | | None | | | Sold | 11/08 | J | A | |
| 16. | | | | | | | | | |
| 17. - Index 400 Stock | | None | | | Sold | 11/08 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Small Cap Growth Stock | | None | | | Sold | 11/08 | J | A | |
| 19. - T Rowe Small Cap Value | | None | | | Sold | 11/08 | J | A | |
| 20. - Cap Guard Domestic Eq | | None | | | Sold | 11/08 | J | A | |
| 21. - International Equity | | None | | | Sold | 11/08 | J | A | |
| 22. -Equity Income | | None | | | Sold | 11/08 | J | A | |
| 23. | | | | | | | | | |
| 24. Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 25. - Index 500 Stock | | None | | | Sold | 11/08 | J | A | |
| 26. | | | | | | | | | |
| 27. - Index 400 Stock | | None | | | Sold | 11/08 | J | A | |
| 28. - Small Cap Growth Stock | | None | | | Sold | 11/08 | J | A | |
| 29. - T Rowe Small Cap Value | | None | | | Sold | 11/08 | J | A | |
| 30. - Cap Guard Domestic | | None | | | Sold | 11/08 | J | A | |
| 31. -International Equity | | None | | | Sold | 11/08 | J | A | |
| 32. -Equity Income | | None | | | Sold | 11/08 | J | A | |
| 33. | | | | | | | | | |
| 34. RBC Centura Bank Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. IRA | | | | | | | | | |
| 37. -AAETX (American Funds 2030 Target Date) | | None | K | T | Buy | 8/08 | L | | |
| 38. -TABRX (Templeton Bric Fund Class A) | | None | J | T | Buy | 7/08 | J | | |
| 39. -OIBAX (Oppenheimer Intl Bond Class A) | | None | K | T | Buy | 7/08 | K | | |
| 40. -NEWFX (New World Fund Class A) | | None | J | T | Buy | 7/08 | J | | |
| 41. -TEDIX (Mutual Series Discovery Class A) | | None | J | T | Buy | 7/08 | J | | |
| 42. -ITHAX (Hartford Capital Appreciation Fund) | | None | K | T | Buy | 7/08 | K | | |
| 43. -FRRAX (Franklin Real Return Fund Class A) | | None | K | T | Buy | 7/08 | K | | |
| 44. -RPFGX (Davis Financial Fund Class A) | | None | J | T | Buy | 7/08 | J | | |
| 45. -NYVTX (Davis New York Venture Class A) | | None | K | T | Buy | 7/08 | K | | |
| 46. -CWGIX (Capital World Growth & Income) | | None | K | T | Buy | 7/08 | K | | |
| 47. -CAIBX (Capital Income Builder Fund) | | None | K | T | Buy | 7/08 | K | | |
| 48. -AMCPX (AMCAP Fund Class A) | | None | K | T | Buy | 7/08 | K | | |
| 49. -Cash Deposit | A | Interest | J | T | Open | 7/08 | J | | |
| 50. Trust No. 1 | | | | | | | | | |
| 51. -Wachovia checking acct. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Wachovia savings acct. | A | Interest | J | T | | | | | |
| 53.   -Kincecta Federal Savings & Loan checking acct. | A | Interest | J | T | | | | | |
| 54.   -Kinecta Federal Savings & Loan savings acct. | A | Interest | J | T | | | | | |
| 55.   -Kinecta Federal Savings & Loan CD | D | Interest | M | T | | | | | |
| 56.   -Kinecta Federal Savings & Loan CD | D | Interest | M | T | | | | | |
| 57.   -Fidelity Cash Reserve acct. | D | Interest | N | T | | | | | |
| 58.   -New York Life whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 59.   -New York Life family life insurance policy | A | Int./Div. | J | T | | | | | |
| 60.   -New York Life variable annuity | A | Int./Div. | J | T | | | | | |
| 61.   -USAA whole life insurance policy | B | Int./Div. | K | T | | | | | |
| 62.   -Citibank Bank Deposit | C | Interest | K | T | | | | | |
| 63.   -AT&T Inc stock | A | Dividend | J | T | | | | | |
| 64.   -Chevron Corp stock | B | Dividend | L | T | | | | | |
| 65.   -Citigroup Inc stock | B | Dividend | J | T | Sold<br>(part) | 12/08 | J | | |
| 66.   -Comcast Corp Cl A stock | A | Dividend | J | T | | | | | |
| 67.   -General Electric Co stock | C | Dividend | K | T | | | | | |
| 68.   -News Corp Class A New stock | A | Dividend | J | T | | | | | |

---

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    -Northrop Grumman Corp stock | B | Dividend | K | T | Donated (part) | | | | |
| 70.    -Raytheon Company New stock | C | Dividend | M | T | | | | | |
| 71.    -3M Company stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As to part VII, I closed my retirement account that was in the Maupin Taylor, P.A. Profit Sharing Plan. In closing the account, I sold the various funds that were in the account. I then took the cash proceeds, established an IRA through Northwestern Mutual Investment Services, and rolled the cash proceeds into the IRA. The new IRA investments are reflected in the new report. I no longer have any investment in the Maupin Taylor, P.A. Profit Sharing Plan.

As for the two whole life policies from Northwestern Mutual, I converted those policies to fixed paid up on November 30, 2008. Thus, although I still own the policies, my insurance agent advises me that the money is no longer invested in the portfolios described in my 2007 report and in my letter to the Committee dated July 11, 2008. Instead, my insurance agent advises me that the money in the paid up whole life insurance policies is invested in the Nortwestern Mutual general account, but is not invested in the portfolios listed in the 2007 report.

I became the co-trustee of a ▮▮▮ trust in January 2008. I have added information concerning that trust in the 2008 report. The report lists the trust as "Trust No. 1."

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544